UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
August 03, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Ashley Nicole Thomas, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-01138 |
| CoreLogic Rental Property Solutions, LLC, | § § § § | |
| Defendant. | § | |

## Conditional Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice. (14)

2. The parties may move for reinstatement by August 31, 2020.

3. This court retains jurisdiction to enforce the settlement.

Signed on ~~July~~ Aug. 3, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge