UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 14, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Ashley Nicole Thomas, | § § § § | |
| Plaintiff, | | |
| versus | § § § | Civil Action H-20-1138 |
| CoreLogic Rental Property Solutions, LLC, | § § § | |
| Defendant. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on October 14, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge